BRENEN, Appellant, v. McCOLLUM, Respondent. (Supreme Court, Appellate Division,

Second Department. May 29, 1912.) Action by Celia Brenen against Francis X. McCollum.

PER CURIAM. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to withdraw her demurrer within 20 days after service of a copy of the order herein, and to reply to said affirmative defenses upon payment of the costs of the demurrer and of this appeal.